UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPARTMENT OF SEATTLE

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>        Plaintiff,<br><br>  v.<br><br>ASSOCIATED MATERIALS, LLC, a Delaware limited liability company d/b/a ALSIDE,<br><br>        Defendant. | CASE NO. C16-1708RSM<br><br>ORDER TO CONTINUE TRIAL DATE |

## **ORDER**

This matter having come before the Court upon the Parties' Stipulated Motion to Continue Trial Date, and the Court having fully considered the merits, it is ORDERED that the trial date is continued for good cause to **November 13, 2018**, and all related litigation dates for the matter herein will be rescheduled. This Court will issue a revised Order Setting Trial Date and Related Dates in accordance with the new trial date. It is so ordered.

DATED this 6th day of November, 2017.

            _____
            RICARDO S. MARTINEZ
            CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO CONTINUE TRIAL DATE (Cause No. 2:16-CV-01708) – Page 1

**SCHEER LAW GROUP LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200 F: (206) 223-4065

*Presented by:*

SCHEER LAW GROUP LLP


By *s/ Jonathan Dirk Holt*
Jonathan Dirk Holt, WSBA No. 28433
dholt@scheerlaw.com
By *s/ Andrew G. Tingkang*
Andrew G. Tingkang, WSBA No. 45300
atingkang@scheerlaw.com
Attorneys for Plaintiff.

ORDER TO CONTINUE TRIAL DATE (Cause No. 2:16-CV-01708) – Page 2