UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPARTMENT OF SEATTLE

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>                Plaintiff,<br><br>v.<br><br>ASSOCIATED MATERIALS, LLC, a Delaware limited liability company d/b/a ALSIDE,<br><br>                Defendant. | NO. 2:16-CV-01708<br><br>STIPULATION AND ORDER FOR DISMISSAL |

## I.     STIPULATION

Centex Homes and Associated Materials, LLC, by and through their attorneys of record, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), and hereby stipulate that all of Plaintiff's claims against defendant be dismissed with prejudice. Defendant has raised no counterclaims. Each party shall bear its own costs and attorneys' fees.

STIPULATED to this 24th day of August, 2018.

SCHEER LAW GROUP LLP

By s/ Jonathan Dirk Holt
   Jonathan Dirk Holt, WSBA No. 28433
   dholt@scheerlaw.com
By s/ Joseph Hogan
   Joseph L Hogan, WSBA No. 50368
   jhogan@scheerlaw.com
   Attorneys for Plaintiff.

GORDON THOMAS HONEYWELL LLP

By s/ Joanne Thomas Blackburn
   Joanne Thomas Blackburn, WSBA No. 21541
   jblackburn@gth-law.com
   Attorney for Defendant

STIPULATION AND
ORDER FOR DISMISSAL
(Cause No. 2:16-CV-01708) – Page 1

## II. ORDER OF DISMISSAL

The Parties having stipulated for dismissal of all claims herein, with each party bearing their own costs and attorneys' fees, and the Court being fully advised; NOW Therefore,

IT IS HEREBY ORDERED that the above action is DISMISSED WITH PREJUDICE, without an award of costs or fees to any party.

DATED this 28 day of August 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

s/ Joseph Hogan

SCHEER LAW GROUP LLP
  Jonathan Dirk Holt, WSBA No. 28433
  Joseph L Hogan, WSBA No. 50368
  Attorneys for Plaintiff.

STIPULATION AND
ORDER FOR DISMISSAL
(Cause No. 2:16-CV-01708) – Page 2

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200 F: (206) 223-4065

50 og205301